# ZEMAN & WOMBLE, LLP

KEN WOMBLE
20 VESEY STREET, RM 400
NEW YORK, NY 10007

P  (718) 514 - 9100
F  (917) 210 - 3700
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

---

**VIA ECF & Email**                                                    March 27, 2026
Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

<b>Re: <i>United States v. Francheska Doyle,</i> 26 Cr. 97 (ALC)</b>

Dear Judge Carter:

I write to respectfully request the appointment of mitigation expert Katharine Nephew, LCSW (resume attached), to assist in the representation of my client, Francheska Doyle. Ms. Doyle has struggled with drug addiction for quite some time. I intend to have Ms. Nephew join the defense team to fully explore Ms. Doyle's addiction history as well as her background. Ms. Nephew has experience working on CJA cases in the S.D.N.Y. involving clients with severe addiction issues.

I request the Court approve this request to permit Ms. Nephew to immediately join the defense team. Should the Court grant this request, I also ask that the Court make the appointment *nun pro tunc* to March 25, 2026, when I first contacted Ms. Nephew about this case.

Accordingly, I request the appointment of Ms. Nephew, *nun pro tunc* to March 25, 2026, for 35 hours at the CJA rate of $125 per hour.

Thank you for your consideration of this request.

Respectfully submitted,

*Ken Womble*

Ken Womble
Counsel for Francheska Doyle