# Katharine Nephew, LCSW

917-689-7306 knconsultingny@gmail.com

Licensed Clinical Social Worker with 25 years of experience leading multidisciplinary teams across educational, child welfare, healthcare, and justice systems. Possessing deep expertise in mental health, leadership strategy and systems navigation.  I am committed and passionate about contributing to organizations that are clinically strong and emotionally inspired.  My leadership style is grounded in respect, curiosity, and a belief that all individuals and communities deserve dignity and autonomy.

# EXPERIENCE

## Supervisor, Mental Health Clinic

Graham-Windham | Brooklyn, NY
*March 2023 – June 2025*

- Supervised and mentored six therapists serving children and families with complex social-emotional needs

- Provided clinical oversight, case consultation, and professional development

- Partnered with child welfare staff and caregivers to coordinate comprehensive care plans

- Led crisis intervention efforts, including psychiatric hospitalizations and safety planning

- Ensured quality assurance, documentation compliance, and evidence-based practice

## Founder & Principal Mitigation Specialist and Clinical Consultant

KHN Consulting LLC
*April 2019 – Present*

- Lead a systems-based clinical practice serving individuals and families navigating complex legal and psychosocial challenges

- Conducted comprehensive psychosocial assessments and develop structured intervention plans

- Coordinated multi-system collaboration among courts, treatment providers, housing agencies, and families

- Provided executive-level consultation to leaders on program strategy and organizational development

## Director, Children, Youth & Family Services

*The Osborne Association*
*January 2016 – November 2018*

- Led 30 staff across multiple sites

- Managed $2.3M budget and 19 city/state/private contracts

- Achieved 100% contract renewal over three years

- Built partnerships with schools, libraries, jails, prisons  and community organizations

- Developed programming for children experiencing trauma, separation, and instability

- Opened new office site and expanded access initiatives

- Directed a holistic community-based program supporting families affected by incarceration.

## Mental Health Coordinator & Clinical Therapist

*NYC Children's Services*
*2010 – 2012*

- Coordinated psychiatric care and discharge planning for children in foster care

- Reduced hospitalization durations through cross-system advocacy

- Advocated for appropriate residential and therapeutic placements

## Mental Health Consultant & Team Coordinator

*St. Vincent Catholic Medical Center*
*2007 – 2010*

- Consulted on 1500+ cases involving trauma, domestic violence, and complex mental health needs

- Trained child welfare investigators and administrators

- Led interdisciplinary case conferences to improve systemic responses

**Forensic Social Worker**

*Montefiore Hospital*
*2003 – 2006*

- Conducted trauma-informed forensic interviews of children and their parents

- Provided family-centered assessments to inform legal and child welfare decisions and Law Enforcement

---

# PRIVATE PRACTICE

**Psychotherapist** *(2023–2024)*

- Provided individual therapy (in-person and telehealth)

- Specialized in trauma, anxiety, depression, and system-related stressors

# EDUCATION

**New York University**
Master of Social Work (MSW)

**New York University**
Bachelor of Science in Social Work