USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-18-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA,                    :
                                             :
                                             :
                                             :
                                             :        26-CR-97 (ALC)
                 - v. -                       :
                                             :
FRANCHESKA DOYLE,                            :        ORDER
                                             :
                        Defendant.           :
                                             :
                                             :
------------------------------------------------------------ x

ANDREW L. CARTER, JR., District Judge:

A Bond Appeal Hearing is set for **May 21, 2026**, at **3:00 p.m.**

SO ORDERED.

Dated:      New York, New York
            May 18, 2026

_____
ANDREW L. CARTER, JR.
United States District Judge