# ZEMAN & WOMBLE, LLP

KEN WOMBLE
20 VESEY STREET, RM 400
NEW YORK, NY 10007

P  (718) 514 - 9100
F  (917) 210 - 3700
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

---

**VIA ECF & Email**                                                    May 21, 2026
Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Francheska Doyle,* 26 Cr. 97 (ALC)**

Dear Judge Carter:

     I represent Francheska Doyle in the above-entitled matter. I write this letter ahead of today's bail hearing to clarify that should Ms. Doyle be released to the Samaritan Daytop Village inpatient treatment program, upon successful completion of the inpatient component of that program, Ms. Doyle will not return to the apartment where she was living at the time of her arrest. Ms. Doyle has moved all her belongings out of that apartment and into storage, she has turned her keys back in to her former landlord and has abandoned that apartment. Although there is not a specific residence in place for her following inpatient treatment, the defense team, Ms. Doyle and Ms. Doyle's family will utilize the months during her inpatient treatment to find her a residence in New York City that would be approved by Pretrial Services.

Respectfully submitted,

*Ken Womble*

Ken Womble
Counsel for Francheska Doyle

Cc:    AUSA Georgia Kostopoulos