# ZEMAN & WOMBLE, LLP

KEN WOMBLE                                    P  (718) 514 - 9100
20 VESEY STREET, RM 400                        F  (917) 210 - 3700
NEW YORK, NY 10007                  WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

August 4, 2026

**VIA ECF & E-MAIL**

The Honorable Andrew L. Carter Jr.          **Application for**
United States District Judge                **Interim Payments**
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *United States v. Francheska Doyle*
        26 Cr. 97 (ALC)

Dear Judge Carter:

I represent Francheska Doyle in the above-referenced matter and submit this letter-application respectfully requesting approval for interim vouchers under the Criminal Justice Act for members of the defense team.

Since my appointment, I have spent a substantial number of hours reviewing the voluminous discovery, communicating with my client and conferring with the government.  On April 6, 2026, this Court appointed Mitigation Expert Katharine Nephew, LCSW to assist defense counsel.  This case and the complexities have demanded substantial attention since our appointments.  Due to the budgeting issues the CJA Panel has faced since 2025, I have been advised by my CJA Panel representative to request approval for the submission of interim vouchers. Such approval will reduce the possibility that members of the defense team will endure financial hardship.

In light of the foregoing, I respectfully ask that this Court approve my request for interim payments in this case pursuant to Guide to Judiciary Policy, Vol. 7 Defender Services, Part A Guidelines for Administering the CJA and Related Statutes, Chapter 2: Appointment and Payment of Counsel, § 230.73.  I also request permission for Mitigation Expert Katharine Nephew, LCSW, to submit interim vouchers.

Thank you for your consideration of this request.

Respectfully submitted,

*Ken Womble*

Ken Womble
Counsel for Francheska Doyle