MEMO ENDORSED

# ZEMAN & WOMBLE, LLP

KEN WOMBLE
20 VESEY STREET, RM 400
NEW YORK, NY 10007

P  (718) 514 - 9100
F  (917) 210 - 3700
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

August 4, 2026

**VIA ECF & E-MAIL**
The Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Application for**
**Interim Payments**

USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: _8-7-26_

      Re:    *United States v. Francheska Doyle*
           26 Cr. 97 (ALC)

Dear Judge Carter:

      I represent Francheska Doyle in the above-referenced matter and submit this letter-application respectfully requesting approval for interim vouchers under the Criminal Justice Act for members of the defense team.

      Since my appointment, I have spent a substantial number of hours reviewing the voluminous discovery, communicating with my client and conferring with the government. On April 6, 2026, this Court appointed Mitigation Expert Katharine Nephew, LCSW to assist defense counsel. This case and the complexities have demanded substantial attention since our appointments. Due to the budgeting issues the CJA Panel has faced since 2025, I have been advised by my CJA Panel representative to request approval for the submission of interim vouchers. Such approval will reduce the possibility that members of the defense team will endure financial hardship.

      In light of the foregoing, I respectfully ask that this Court approve my request for interim payments in this case pursuant to Guide to Judiciary Policy, Vol. 7 Defender Services, Part A Guidelines for Administering the CJA and Related Statutes, Chapter 2: Appointment and Payment of Counsel, § 230.73. I also request permission for Mitigation Expert Katharine Nephew, LCSW, to submit interim vouchers.

      Thank you for your consideration of this request.

The application is ✓ granted.
        ~~denied.~~

Andrew L. Carter Jr, U.S.D.J.
Dated: 8-7-26
      NY, New York

Respectfully submitted,

Ken Womble

Ken Womble
Counsel for Francheska Doyle